David J. McGlothlin, Esq. (SBN 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste 460
Phoenix, AZ  85016
Phone: 800-400-6808
Fax: 800-520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Richard Winters Jr., individually and on behalf of all others similarly situated, ) ) ) | Case No.: 2:20-cv-01487-MTL |
| Plaintiff, ) ) ) | **CLASS ACTION** |
| vs. ) ) | NOTICE OF SETTLEMENT |
| Humana, Inc. ) ) | |
| Defendant. ) ) ) ) | |

///

///

///

///

///

Please take notice: Plaintiff Richard Winters, Jr. ("Plaintiff") and Defendant Humana, Inc. ("Humana") have settled this matter. Plaintiff and Humana intend to file a stipulation to dismiss Plaintiff's claims against Humana with prejudice and the putative class's claims without prejudice within 45 days of this notice.

Dated: April 27, 2021              **Kazerouni Law Group, APC**

                                              By: /s/ Ryan L. McBride
                                              Ryan L. McBride

                                              *Counsel for Plaintiff*